**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6127

JAMES WILKINS,

Plaintiff - Appellant,

versus

LIEUTENANT R. CONNER; W. J. TOWNLEY,
Superintendent; CORRECTIONAL OFFICER BARBOUR;
MS. CHEEKS, Food Services Supervisor,

Defendants - Appellees,

and

WARDEN HALIFAX C.C.; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:03-cv-00815-JCC)

Submitted: June 22, 2006               Decided: June 29, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Wilkins, Appellant Pro Se. Noelle Leigh Shaw-Bell, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Wilkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilkins v. Conner, No. 1:03-cv-00815-JCC (E.D. Va. Dec. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED